IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARRY PAUL TAYLOR, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-3740 |
| | § | |
| RICHMOND STATE SUPPORTED | § | |
| LIVING CENTER, | § | |
|     Defendant. | § | |

## ORDER

It appearing that Defendant Richmond State Supported Living Center has filed a Motion to Dismiss that will not be fully briefed and decided by the current initial conference date, it is hereby

**ORDERED** that the deadline for the parties' Joint Discovery/Case Management Plan is extended to **January 23, 2012,** and the initial pretrial conference is rescheduled to **January 30, 2012, at 3:00 p.m.**

SIGNED at Houston, Texas, this **23rd** day of **December, 2011**.

_____
Nancy F. Atlas
United States District Judge