# HEARING MINUTES AND ORDER

**Cause Number**: 11-3740

**Style**: Larry Taylor, *et al.,* v. Richmond State Supported Living Center

**Appearances**:

| **Counsel**: | **Representing**: |
|---|---|
| Greg White | Plaintiffs |
| Eric Vinson | Defendants |

**Date**: January 30, 2012     **ERO**: Yes
**Time**: 2:40 p.m. - 3:34 p.m.    **Interpreter**:

**At the hearing the Court made the following rulings**:

Pretrial conference held.

Discovery rulings as stated on the record in open court. The parties each may have ten (10) hours of deposition time to be divided as they choose.

Motion to Dismiss by Richmond State Supported Living Center [Doc. #5] is DENIED without prejudice in accordance with the record in open court.

**Scheduling order as follows**

Initial disclosures due **February 28, 2012.**
Phase I discovery due **April 18, 2012.**
Amended pleadings due **May 19, 2012**
Motions due **June 7, 2012**.
Pretrial conference/Oral argument set **August 23, 2012 at 2:00 p.m.**

**SIGNED** at Houston, Texas this 30th day of January, 2012.

_____
Nancy F. Atlas
United States District Judge