In The United States District Court
For The Southern District Of Texas
Houston Division

| | | |
|---|---|---|
| **Larry Paul Taylor, et al.** | § § § | |
| *Plaintiffs* | § § § | CIVIL ACTION NO. 4:11-cv-03740 |
| v. | § § | |
| **Richmond State Supported Living Center** | § § § | |
| *Defendants* | § | |

## Order on Joint Motion To Dismiss

After considering the parties' Joint Motion to Dismiss, the Court GRANTS the Motion, and dismisses this case in accordance with the Motion. This case is dismissed with prejudice.

Each party will bear its own court costs and attorneys' fees.

**SO ORDERED** on this the  12th  day of  May , 2014.

_____
Nancy F. Atlas
United States District Judge